Civil No.: _____

**United States Courthouse**
**Central District of California**

```
FILED
CLERK, U.S. DISTRICT COURT

JAN 3 1 2022

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY
```

Hernandez Cuellar Jose Victor, Sui juris )
Montoya Valadez Dora Alicia, Sui juris )
**Pro Se** Plaintiffs/Aggrieved Parties )
                                        )
                                        )
              Vs.                       )
                                        )
                                        )
Omega—17, LLC, In Lieu Of              )
Eileen Raye Laurence, and associates    )
Et al., ongoing                         )
Defendants                              )

EDCV22 - 00196 - FMO (SKx)

No CV30

---

## COMPLAINT PURSUANT A CIVIL ACTION

---

### – Parties –

Plaintiffs                                        Defendants

Hernandez Cuellar Jose Victor, **Pro Se**              **Omega—17, LLC,**
F.C.I. Texarkana                                      **In Lieu of**
P.O. BOX 7000                                    Eileen Raye Laurence
Texarkana, TX 75505—7000                           and associates
.                                                  P.O.BOX 5043
.                                                  Hemet, CA 92544
Montoya Valadez Dora Alicia, **Pro Se**            elway@hush.com
1642 Palisades Dr.                            essentialer@gmail.com
Lewisville, Texas  75067                          **********
.                                                  P.O.BOX 536
.                                            Vaughn, Washington 98394
.                                              Ph: (951) 765—0835

### – Jurisdiction –

The controversy between Plaintiffs and Defendants are personal injury and economical loss, caused by Fradulent misrepresentation of a "Writ" which actually had no lawful or legal standing. Defendant maliciously filed "writs" labeled as a "Constitutional Writs", to create a perception of an authentic "Constitutional Remedy" from a "paralegal services", which caused an undue hardship (irrefutable and irreversible) yet incalculable personal injury, and economical loss. Plaintiffs and Defendants are Citizens of different States, therefore, this Court has jurisdiction under Title **28 U.S.C. §1332 by Diversity of Citizenship.**

1

## COMPLAINT STATEMENTS

On or about **August 25, 2019** Mr. Hernandez, hereinafter "Plaintiff", was contacted by Mrs. Eileen Raye laurence, Hereinafter "Defendant", through a "recommendation" from an unknown prisoner to inquire if Plaintiff are interested in being helped with an Habeas Corpus "Non-Statutory" that Defendant had being used to "help" prisoners with wrongful convictions [See Attachment **Aa, Ab** ], included an "Information Form" sheet [See Attachment **Ac** ] and a "Limited Power of Attorney" sheet too [See Attachment **Ad** ]. Plaintiffs was unschooled in laws and was unable to review if such "version" of Habeas Corpus are real or not, or at least have the opportunity to be able to review the backgrounds, or reviews about Defendant's offered "services". Plaintiff Montoya paid $2,500.oo from her personal check account to Defendant Eileen Raye Laurence [See Attachment **Ba, Bb** ], after that, Plaintiffs received the "Contract" to be signed by Plaintiff Hernandez, and returned to the Defendant [See Attachment **Ae** ]. Plaintiffs did the paiment based on the hope that the statement of the advertisement/propaganda that Plaintiff Hernandez received, which it reeds **"Important, please read and remember:... When you are released, do not sign any agreement for probation..."** [See Attachment **Ab** ]. Also stated that the "process" involves 2 steps. **First,** the issue of the "Habeas Corpus Non-Statutory".   **Second,** a "complaint" with the provost marshal, if such "document" were denied [See Attachment **Ab** ]. After the issuance of the Habeas Corpus "Non-Statutory" to the Court by Defendant [See Attachment **Ca, Cb** ], on or about **MAR 3, 2020** The Court issued an order requiring a notification between 30 days and warning/notifying that the action may be dismissed if movant fails to timely respond/comply with the order [See Attachment **Da, Db** ]. Plaintiff wrote letters to defendant, with copies included about the order from the Court, but Defendant did not respond. After while, on or about **March 22, 2020** Defendant respond a short letter saying that she receipt the Court orders, but now is saying that the complaint going to be send [to] the [Congress] —which is not what the contract said nor the "second step" said— and that I "do not expecting it to soon" [See Attachment **Ea** ].

Because Plaintiff was lack of legal knowledge, do not know what to do, and It was unable to respond. On or about **JUN 11, 2020** A Magistrate judge issued a report and recomendation to dismiss the "Writ" for want of prosecution [See Attachment **Fa, Fb** ].   On or about **JUL 20, 2020**  -4 Months and 4 days after defendant said it would submit the "complaint"-  The District judge issue an Order for dismissal [See Attachment **Ga, Gb** ].   Defendant did not respond

2

subsequent letters from plaintiffs. On or about **AUG 14, 2020** Defendant Eileen Raye Laurence, respond to Plaintiffs with a letter were state that "the Court has denied the habeas calling it a motion to vacate" -Which she already knows from 4 months ago- and that "There is no point in doing a complaint to the provost marshal" -Not to the Congress- "because he has not done his job in regard to **any complaint in the past...**" and that **"Trump -the former president- has ordered that the Courts go back to common law, and that is your remedy..."** [See Attachment **Ha** ]. Plaintiffs then both realized that they were victims of a fraud. And worse, Plaintiffs had not realized yet, the deepness of the injure caused over the Plaintiff's criminal case at that time, and over posteriors attempts of defenses to prove his actual innocence to the District, Appellate, and Supreme Court.

### INTENTIONAL INJURE OR INJURE BY DESIGN EXIST

Since the issue of the Habeas Corpus "Non-Statutory" by Defendant, Plaintiff Hernandez has had a undue burden placed on him to be able to present his innocence and true Constitutional rights violations over his criminal case. Plaintiff are Constitutionally educated now, and have the lawful and legal knowledge to understand that the writ presented by Defendant, has no lawful or legal standing, since it did not present any substantial evidence to support those reckless statements, or any relevant case law precedent. Which obviate why Defendant did not submitted any reply to the Court. If Defendant Eileen submitted the "Habeas Corpus Non-Statutory", she was then responsable for any and all response from the Court associated to her "Writ" too, That's was the purpose of the "Power of Attorney" that she required from Plaintiffs, to be joined wit the payment. Plus, either the advertisement and the contract clearly says **"Non-Statutory Habeas Corpus** $2500 for first Court involved:... "** Defendant's lack of responds was designed intentionally to allow the "Habeas Corpus Non-Statutory" to be construed as a Motion 28 U.S.C. §2255 and tus the Court can dismiss on time limitation. This dismissal by the Court would make the plaintiffs, with no law knowledge, believe the problem is with the Court, not the fact that the Defendant victimize the Plaintiffs in their time of need, with filings that carried no legal standing, and destroying opportunities to access the Court with filings of true nature and legal/lawful standing challenging the conviction. Defendant knowingly was offering an Habeas Corpus with no lawful or legal standing. Defendant knowingly was offering a fraudulent "services". Defendand knowingly and intentionally

targeted lawfully unknowledgeable people under duress which were praying for help. People also by law considered as vulnerable victims, to offer them "help" when it was just for profit, without any remorse of the injure that such "writ"/"service"/"help" caused over people's cases, nor the posterior available legal defense process. At least for Plaintiff Hernandez, this "Writ", became a stone wall, procedurally speaking, to show his innocence, and to present the existence of major structural error, and all the real Constitutional violations before a District judge, to be Ruled on.

## SUMMARY ON THE INTENTIONAL OR BY DESIGN INJURE/INJURY

1.   The appeal for such "Writ" cannot stand, because lack of prosecution (a timely respond from Plaintiff Hernandez). No Certificate of Appealability cannot stand because there has been no prosecution of original constitutional issue to being Ruled on. Also, any Mandamus, nor Certiorary writ can be requested due to the same reasons above stated. Plus, any Successive Habeas Corpus can be requested, since there is no first one presented before, or at least, articulated as a Motion Habeas Corpus under 28 U.S.C. §2255 with a relief included, to being properly Ruled by a District judge.

2.   Defendant stated that the provost Marshal **"has not done his job in regard to ANY complaint in the past..."** [See Attachment **Ha** ], so, Defendant took the Plaintiff's money knowingly that the "second step" never going to be done, Plus, Defendant's letter state the opposite **"the complain is something new for me..."** [See Attachment **Ea** ].

3.   If such "Non-Statutory Habeas Corpus" were real, and Defendant's "experience" were real as stated on the "contract", there is no impediment to submit a timely respond/objection back to the Court. Defendant and associates never going to attending the **"first Court involvement"** as the contract and advertisement stated in support of his "Writ", because it was an scam by design...

## ECONOMICAL INJURY ALSO ACTUALLY EXISST

Plaintiff Hernandez is innocent of the criminal charges against him, and has substantial Constitutional issues over his criminal case, trial and over the whole process. Which if able to present in Court, will result in the conviction to be vacated, if Plaintiff were to never have had presented this fraudulent document called "Habeas Corpus Non-Statutory", Plaintiff could have

been able to properly file a 28 U.S.C. §2255 in Court. Plaintiff would be at home by this time. Plaintiff had a small business providing handyman services [See Attachment    Ia, Ib, Ic,        ]. And it had a basis income approximately of $250.00 per day [Se Attachment  Ja, Jb, Jc, Jd, Je,    ]. Plaintiff Hernandez usually was working 6 to 7 days a week, which result in an approximate Monthly income of $7,500.oo to $8,000.oo U.S.Dollar.

From the day that Defendant submitted this fraudulent "Writ" **(FEB 24, 2020)** till a day, yet to be determined, **which may be 185 Months from today**, if the plaintiff Hernandez is not able to prove his actually innocence due to the "Non-Statutory writ", it will represent a economical lost of approx. **$1,496,000.oo U.S.Dollar**, estimated at a minimum rate, not including the emotional and healthy injury that the actual impediment to present defense, ultimately caused over plaintiff's mind, and over his family too.

## R E L I E F   S O U G H T

Plaintiffs wants to recoup the lose of potential economic gains, **$1,496,000.00 U.S.Dollar, plus punitive damages set by the Court** of an amount to discourage future similar conduct from Defendants **Omega-17, LLC.** In Lieu of Eileen Raye Laurence and associates.

It is the plaintiff's belief that, Defendants **Omega-17, LLC.,** Eileen Raye Laurence, and Associates, to this day, has not responded to any of plaintiff's letters yet, because Defendant and associates knows very well what they did to plaintiffs. Through this Civil Action, Plaintiffs also wants to expose **Omega-17, LLC's** victimization of people in similar situation as my wife and myself, as to stop/prevent future predatory practices of desperate people, that they maybe doing to this present day.

Plaintiffs ask the Court to please file this Complaint, to initiate the process of a Civil Action, to get a little of justice, and to prevent/stop the commission of more harm over other vulnerable people by this  fraudulent corporation/company/association.

Respectfully Presented,

By: _____ 01/26/2022
Montoya Valadez Dora Alicia,
**Pro Se** Plaintiff-Complaintant
1642 Palisades Dr.
Lewisville, Texas  75067

Respectfully Presented,

By: _____
Hernandez Cuellar Jose Victor,
**Pro Se** Plaintiff-Complaintant
F.C.I. Texarkana
P.O.BOX 7000
Texarkana, Texas 75505-7000

# CERTIFICATE OF MAILING

We, **Hernandez Cuellar Jose Victor** and **Montoya Valadez Dora Alicia**, both **Pro Se**, Plaintiffs/Aggrieved Parties, certifies and swear to be true and correct under penalty of perjury that on this date, _January 26_ ,2022 have served the enclosed **COMPLAINT PURSUANT A CIVIL ACTION** by depositing a copy of this document in the U.S. Mail, proper postage prepaid directed to the following address:

George E. Brown, Jr. U.S. Courthouse
3470 Twelfth Street, 1st Floor
Riverside, CA 92501-3801

By: _____

Montoya Valadez Dora Alicia,
**Pro Se** Plaintiff-Complaintant
1642 Palisades Dr.
Lewisville, Texas  75067

By: _____

Hernandez Cuellar Jose Victor,
**Pro Se** Plaintiff-Complaintant
F.C.I. Texarkana
P.O.BOX 7000
Texarkana, Texas 75505-7000


CC: P/File

Certificate Mail No.:

7020-2450-0000-4633-3030

Eileen Raye
P.O. Box 5043
Hemet, California [92544]
(951) 765-0835
elway@hush.com

Greetings:

Thank you for your inquiry. We are a non-statutory, common law Private Membership Association. We operate only in the Private Domain because the police power of the State is ONLY allowed in the Public Domain. I do not solicit business from the public. If you want my assistance, you must contact me, and if you are receiving this letter, either you or someone in your behalf has contacted me.

People wonder what has happened to our justice system. Why do courts no longer require an injured party in the court for a conviction? Why are there so many victimless crimes? Why does the all capital letter name appear on all court documents, as if we are some kind of corporation? Why do they violate our rights? The answer is because they abandoned common law for administrative law, which is really admiralty law brought inland, and they are only giving us military process, as if we are enemies of the state under the Trading with the Enemy Act. The Lieber Code rules. The occupying army is regarded as the administrator and usufructuary of public estates. (That is why we will end up sending a criminal complaint to the Provost Marshal.) The courts never have subject matter jurisdiction, they violate all the rules of jurisdiction, with impunity. Even the appellate courts are lawless. I have come to the conclusion that there is no law for the people as long as we are under military occupation via the emergency war powers. Therefore, if we want to be released from their rule, we have to learn what it is they are doing, and conform to their rules. They have created a public estate for us to use and a matching private estate, but because we have not accepted it and assigned the reversionary interest back to the United States for their use, they are holding us accountable. The surrender of the birth certificate is presenting the certificate for enforcement which allows us the right to have our property returned to us, and to discharge debt. (This is something I will do for you with the Discharge process.) That is nowhere near a complete explanation, but will have to suffice for now.

The only authority the codes have is over artificial entities, thus the all capitalized name. All codes have definitions of the "person" who is subject to the code, and it always includes an artificial entity, which means the "person" subject to the code is only an artificial entity because they cannot mix the living with artificial entities in their codes. Judges make silent presumptions that the Man appearing in court is volunteering to act as the surety/trustee for the artificial entity/all caps name on the complaint, as well as a "citizen," "resident" and "taxpayer." So STOP volunteering, stop answering to those terms. Citizens are subjects. We are private people, and not named in the codes. Although one may be a state citizen when it is beneficial, and not a citizen when it is not beneficial, one never wants to be a U.S. citizen. If you were not born in Washington D.C., and do not live in Washington DC or one of its territories (Puerto Rico, Virgin Islands, etc.), you are NOT, by legal definition, a U.S. citizen, so stop saying you are, and stop marking "U.S. citizen" on government forms. That is how they trap us into their corporate jurisdiction. You are volunteering to be a US citizen when you sign the form, including 1040 forms. It is perjury to swear you are a US citizen if you are not included in the definition of such. Know the definitions, and don't be afraid to alter a form. Put a line through "U.S. citizen" and write in "Private American" or "State Citizen." Don't fill out forms that are just for U.S. citizens, unless you are willing to waive your rights. Mistakes can be corrected, but knowingly waiving your rights puts you in a bad position.

Additionally, I have yet to see one code that has the constitutionally required enactment clause on the face of it as published. They did not accuse you of violating a statute (Statutes at Large or Session Laws), they accused you of violating a code, but they do not publish the enactment clause on the codes. Without the enactment clause, it is not a valid law, and without a valid law, the court has no jurisdiction. This is true in a court of common law, and it is true in an administrative court, and we have hundreds of years of court rulings that state this to be a fact.

What we have learned is that there are no courts of common law in all of the country. All we have are legislative/administrative courts which do not have the judicial authority to fine or imprison anyone. ONLY a court of common law has the judicial authority to fine or imprison, therefore, all courts are operating in fraud, and all convictions are VOID. They are denying us the common law, which is the denial of a constitutional right, which would, in a lawful court, void the judgment.

If you live in Washington D.C., or consider it home, I will have a difficult time convincing a court you are *not* a U.S. citizen, so consider changing your home location. I do not use the term "address" as that is a commercial term which "they" use to put us in "their" jurisdiction. I do not like dealing with U.S. citizens, and the government does not like it when Private Americans give out "state secrets" to U.S. citizens. Know who you are and act accordingly. If you don't like being a U.S. citizen, change your location.

If I send you any forms to be signed, I request you to sign your full name, no initials. A private man or woman does not use initials. Additionally, if filling out a government form, put your first and middle names in the box for the "first name," but use their fictional law does not recognize middle names, and leave the "middle name" box blank. They trick us into doing it their way so their rules will apply, and often they just want a middle initial because a name with an initial is the name of a fiction, and they only deal with fictions, so they want us to be good slaves and follow their rules. Something you should know is that your legal name is the "Last, First Middle." You may want to consider doing an "assumed name" filing, often called a "dba" (doing business as) and claim the all caps name as your dba, because the government considers us to be either "leasing" the all caps name, or illegally using it, as it technically belongs to the government because they created it.

If you want to be in the private, do not use a two-letter state abbreviation and do not use the zip code. Spell out the full name of the state. The Postal regulations state that a zip code is voluntary, and is used commercially. Stay in the private.

Attachment

Aa

**Prisoner Discharge Release $3500.00 for first court involved:** Additional fee of $500 per each additional trial (not appeal) court involved. This can be done pre-trial and post-conviction, and for those on probation. This requires a birth certificate (or Naturalization Certificate) and SSN. If a foreigner, I at least need a SSN. This includes assigning the reversionary interest of your birth certificate and SSN to the U.S. Treasury, thus allowing us to discharge your Judgment & Sentence. See 12 USC 95a(2). A copy of the Treasury discharge paperwork goes to the court with a demand for subrogation and exoneration (vacate and release). The court will not honor it, as they refuse to admit either that they never had any jurisdiction, or that the discharge applies to the case, so we will end up sending a complaint to the Provost Marshal as the judge will then be in insurrection and rebellion against the United States and US law.

**Non-Statutory Habeas Corpus $2500 for first court involved:** Additional fee of $500 per each additional trial (not appeal) court involved. This can be done pre-trial and post-conviction, but probation cases will require the above Discharge Release because you are no longer in custody. I need to know if you have already done a habeas for your case and when because that will tell me if I can do the habeas at the state level, or if I can take it to the federal level. If the habeas is denied, it, too, will be sent on as a complaint to the Provost Marshal. This process can be done for foreigners (those without a SSN).

**Important, please read and remember:** The Provost Marshal complaint may take six months or longer to be investigated, depending on their workload. They will not contact me or you, unless they have a question, which is not likely since they will go through your court record. So, once it goes to the provost marshal, my job is done and I will not have any updates for you. When you are released, do not sign any agreements for probation, because I do not intend to do a second discharge for you. The discharge covers everything, so do not allow them to trick you into signing for probation. Just say, "The entire matter has been discharged, and I have been released with no strings attached."

I do not know if the above discharge process will work for murder or sexually violent crimes or where there is an actual victim. That said, it does not appear to matter to the government, as all crimes to them are commercial, there is a price on all of them, and the court never had subject matter jurisdiction, which means even those types of cases are VOID, therefore, it is logical to presume they can be discharged. However, my personal preference is not to work with those types of cases unless there is some reason to believe you are not guilty, or were over-punished, as I do not condone such crimes.

I follow God's laws. Even in God's laws, crime is a debt which is owed, but under God's law, no one went to prison, and the debt is owed to the victim, not the government. One who committed a crime, other than serious crimes which called for the death penalty, owed a debt to the victim, and was required to repay the debt. In some cases the debt would be three to seven times what was stolen or damaged. If the debtor could not repay the debt, he was required to work off the debt, as a bond servant, but he was not put in prison, he was not separated from his family. God's laws are just and fair to both the victim and the offender.

I cannot make any guarantees as to what the courts will do, in fact, I am certain they will not honor the law. I can't control what the court decides, and I cannot control what you say in court, if your attendance is required (which is always the case in pre-trial cases, but not so much in post-conviction cases). A few judges will obey the law, and many will defy the law. If the judge defies the law in this process, he will be in "insurrection and rebellion to the laws of the United States," and therefore, I will then file a criminal complaint against the judge and/or court with the Provost Marshal.

I can guarantee you will get professional, first-rate document preparation. Remember that God is in control, not me or you, and He knows the intent of the heart. God believes in a second chance, as do I, but He will not be mocked. I feel very strongly about this, and I have a responsibility to God and society to do no damage, and that includes not helping someone whose heart is not right before God, and who may continue to be a danger to society. I know many have been falsely accused, falsely convicted, or harshly over-punished, and many have been convicted of victimless crimes. It is the injustice of our legal system which has caused me to extend my services. Be advised though, if you injure someone else when you get out (as in physical injury, theft, etc.), you'll go right back in, and I will not assist a second time if you are guilty of an actual crime. Furthermore, it has been said the republic is going to be restored, which means common law will be restored to the courts. This will wipe out all the victimless crimes the courts love, but it also means if there is a victim, you will pay, and no one will be able to get you out, unless they were actually to go to Biblical principles, but what are the chances of that?

I still get inquiries about the private trust from time to time. I no longer do the private trust because one must be able to walk it into the Article III court in person, and prisoners cannot do that. Better to get released before going into that.

**Please fill out** the enclosed 1) Information Form, 2) Limited Power of Attorney and 3) Private Agreement, and send to me with a copy of your Birth Certificate and a copy of your Complaint/ Information/Indictment (for pre-trial cases) or your Judgment & Sentence, and the fee.

**Things to remember:** Please do not send documents without a fee, as I will not open the file until a fee is received, and I will not be responsible to return documents that are sent without a fee. If you send me documents I have not requested, always keep a copy for yourself because if I don't need it, I may toss it due to storage issues. When you are moved, please send me your new address. When emailing in behalf of a prisoner, please put the prisoner's name in the subject line so I know who you are talking about, as it will save me time and confusion, and get you a quicker response. If I don't know who you are asking about, I may ignore the email rather than search through my member files to figure out who you are asking about.

DISCLAIMER: I am not an attorney, don't give legal advice, and don't represent anyone. I am only providing a document preparation service through a private membership association, based on the knowledge and experience I have. All prisoners were represented by attorneys, prosecuted by attorneys, judged by attorneys, and in the case of a court-appointed attorney, they were all on the same payroll. One cannot get into prison without an attorney. The whole court system is a for-profit enterprise.

I reserve the right to change the process as required to obtain the best results possible for you. You are paying for a document preparation service, and you acknowledge there are no guarantees. Thank you. Please make payment to Eileen Raye Lawrence. (Revised 8/25/19)

Attachment

Ab

==Information Form== - Print carefully

Full legal name, no initials: _Jose Victor Hernandez Cuellar_

Name on the Charging instrument, if different: _JOSE VICTOR HERNANDEZ-CUELLAR_

Birth date: _Nov 18, 1974_          Birth State _Monterrey, Nuevo Leon, Mexico._

Inmate No: _26608-078_          SSN: _____

Date of arrest or imprisonment: _8-24-2016_

Your street address: (where you will be returning or that of a family member):

_1642 Palisades Dr., Lewisville, Texas   75067_

Case Number(s) you are being held for: (for more than one court, use separate sheet of paper.)

_Case No. 4:16-cr-00111-ALM-KPJ-1; Child pornography_
_in violation 18 U.S.C. §§ 2251(a); 2252(a)(5)(B)_

Name of Court: _United States District Court; Eastern District of Texas_

Mailing address of Court: _7940 Preston Road; Plano, Texas   75024_

Prison name and address: _Federal Correctional Institution-Texarkana, P.O. Box_
_7000, Texarkana, Texas 75505_

Name of Warden: _____

Did you do a state habeas corpus for this case and when? _NO_

Name and address of Outside Contact, and does this person have power of attorney for you? ☐ Yes ☑ No

_Dora Alicia Montoya Valades, 1642 Palisades Dr., Lewisville,_
_Texas 75067_

Phone number of Outside Contact: _(972-972-0755_

Email for Outside Contact: _sara83abraham@hotmail.com_

DOCUMENTS:

For the Discharge Process I need a copy of your birth certificate and copy of the Complaint/Indictment (if pre-trial) or Judgment & Sentence, and a copy of the final order of any appeal. This can be obtained from the Clerk of Court. If you are on probation, I also need a copy of the probation contract to accept.

For the Habeas, I need a copy of the Complaint/Indictment (if pre-trial) or Judgment & Sentence, and the name of the warden. I will likely have you serve the warden with his copy, otherwise it would be too difficult to get him served. Then I send everything else to the court.

Attachment

Ac

LIMITED POWER OF ATTORNEY

The undersigned, one natural man known as (member's name) *Jose Victor Hernandez-Cuellar* as principal, on the Land on the original jurisdiction of The State of *Texas*, the republic, does hereby designate Eileen Raye Lawrence of Hemet, California, and/or her assignee as attorney-in-fact for the principal, to act in the following capacity in behalf of the principal.

1. The attorney-in-fact shall have the power of attorney to sign the principal's name to documents as if the principal himself were signing on said documents, or otherwise sign as Authorized Representative. The documents upon which the attorney in fact shall have authority to sign the principal's name, are limited in scope to the documents created by the Attorney-in-fact which are necessary to complete the agreed upon service. This limited power of attorney includes documents on behalf of the principal, and the authority to collect monies owed to the principal, but it does not extend to regular banking and/or the purchase and sale of property.

2. This special limited power of attorney shall become effective immediately and shall remain in effect until the documents are prepared and any fees owed to the principal are collected, or until revoked or terminated as specified in paragraph 3 or extended as specified in paragraph 4.

3. This power of attorney may be revoked, suspended or terminated in writing by principal with written notice to the designated attorney-in-fact.

4. This power of attorney may be extended as necessary by written authorization of principal with written notice to the designated attorney-in-fact.

5. The designated and acting attorney-in-fact and all persons dealing with the attorney-in-fact shall be entitled to rely upon this power of attorney so long as neither the attorney-in-fact nor any person with whom he was dealing at the time of any act taken pursuant to this power of attorney, had received actual knowledge or actual notice of any revocation, suspension, or termination of the power of attorney by death or otherwise. Any action so taken, unless otherwise invalid or unenforceable, shall be binding on the heirs, devisees, legatees or personal representatives of the principal.

6. The estate of the principal shall hold harmless and indemnify the attorney-in-fact from all liability for acts done in good faith and not in fraud of the principal.

7. The parties acknowledge and agree that the attorney-in-fact/authorized agent hereunder is not acting, and shall not be deemed to be acting as an accommodation party for the principal, and his acts and actions do not comprise an accommodation, nor an acceptance of liability.

8. This agreement itself shall govern this power of attorney.

This power of attorney is signed on this _27_ day of _November_, 201_9_, and to become effective as provided in paragraph 2.

Signature _____

Located at: *4001 Leopard Drive*
*Texarkana, Texas [75501]*

Witness Signature _____

Print name: *Juan Gutierrez*

Address: *4001 Leopard Dr.*
*Texarkana, TX [75501]*

Witness Signature _____

Print name: *Robert Williams*

Address: *4001 Leopard Drive*
*Texarkana, Texas [75501]*

Attachment

**Ad**

# PRIVATE MEMBERSHIP ASSOCIATION CONTRACT
## BY VOLUNTARY UNDERSTANDING AND INTENTION UNDER FREEDOM OF ASSOCIATION
### under the First, Fifth and Fourteenth Amendments to the Constitution for the United States of America

Wherein the police power of the State can ONLY be operated in the Public Domain, we hereby establish this Agreement under the Private Domain. On the date written below, the undersigned parties hereby mutually agree, understand, consent and volunteer to enter into a non-statutory, common law, Private Membership Association for the advancement and protection of God-given Rights which are protected by the Constitution for the United States of America and all state constitutions. The undersigned is hereby applying for membership in the Association is known as Omega-17, and the coordinator is Eileen Raye Lawrence. It is hereby agreed that all conversations, discussions, or other communication spoken, written, or otherwise transferred and/or received is not legal or tax advice, legal or tax instruction, or otherwise in any way construed to be such. The parties agree and understand that any and all such paperwork given and/or received or otherwise disseminated by a party, on behalf of any other party, is done ONLY at the voluntary request of the parties herein undersigned. Said communications are only for purposes or benefits of the party, herein undersigned, and is no more than the expressed beliefs of the parties involved herein, and is based on the experience, knowledge and/or understanding of Eileen Raye Lawrence. The parties undersigned herein understand and agree that Eileen Raye Lawrence is NOT an attorney and is NOT giving legal or tax advice. The parties herein understand and agree that Eileen Raye Lawrence has no formal training in law, accounting, or other such trade or practice. The undersigned parties have voluntarily sought out Eileen Raye Lawrence for assistance because of, in, or for situations that the undersigned parties have solely encountered on and by the undersigned parties' own actions. Eileen Raye Lawrence is making no claims of correctness, functionality, results, either positive and/or negative, and the use of any discussions or paperwork described herein or discussed by the parties, is by voluntary decisions of the parties involved. Further, it is agreed and understood that the undersigned hereby agrees to hold harmless and indemnify Eileen Raye Lawrence against any and all claims, decisions, judgments, or any other action or result of the use of any or all communications between the parties whether in written or spoken form. The parties understand and agree that any and all communication of any sort is merely discussion between the parties and based on personal experiences, mutual trust, and in the furtherance of knowledge for personal and private benefit and use. By the signatures of the parties herein, they mutually agree and covenant together in hopes of and in search of legal, lawful and private remedy.

**Eileen Raye Lawrence, coordinator,** c/o P. O. Box 5043, Hemet, California [92544] and _Jose Victor Hernandez Cuellar_
("Member") hereby agree that Association will provide document preparation to Member on the terms set forth herein.
**1. CONDITIONS.** This Agreement will not take effect, and Association will have no obligation to provide services, until Member returns a signed copy of this Agreement and makes the payment called for under Paragraph 4.
**2. SCOPE OF SERVICES & FEES.** Association provides document preparation services only. The Association reserves the right to make changes to the documents, or to the process, as required as new information becomes available.
**3. MEMBER'S DUTIES.** Member agrees to be truthful with Association, to cooperate, to keep Association informed of any information or developments which may come to Member's attention, to abide by this Agreement, to pay Member's fees on time and to keep Association advised of Member's mail location, telephone number and whereabouts. Member will assist Association in providing information and documents necessary for the assistance in the described matter.
**4. FEES.** Check as applicable: ☐ $3500.00 Prisoner Discharge Release, and $500.00 each for _____ additional courts involved (these are trial courts, not appellate courts). ■ $2500.00 Habeas Corpus, and $500.00 each for ✓ additional courts involved (not appellate courts). Association is not involved in commerce and has no checking account. Make payment to Eileen Raye Lawrence. Member agrees to pay $25.00/hour to pay the job for any other services requested by the Member, as agreed upon at the time the service is requested, and to reimburse Association for any expenses incurred in behalf of Member, upon Member's request.
**5. DISCHARGE AND WITHDRAWAL.** Member may discharge Association at any time. Association may withdraw with Member's consent or for good cause. Good cause includes Member's breach of this Agreement, refusal to cooperate or to follow Association's advice on a material matter or any fact or circumstance that would render Association's continuing services unlawful or unethical. When Association's services conclude, all unpaid charges will immediately become due and payable.
**6. DISCLAIMER OF GUARANTEE AND ESTIMATES.** Nothing in this Agreement and nothing in Association's statements to Member will be construed as a promise or guarantee about the outcome of the matter. Association makes no such promises or guarantees. Association's comments about the outcome of the matter are expressions of opinion only.
**7. THIRD PARTIES.** Member agrees not to involve any third parties in our business.
**8. ENTIRE AGREEMENT.** This Agreement contains the entire agreement of the parties. No other agreement, statement, or promise made on or before the effective date of this Agreement will be binding on the parties.
**9. LAW OF THE CONTRACT.** This is a common law contract not subject to statutes, codes or regulations of any state or nation.
**10. MODIFICATION BY SUBSEQUENT AGREEMENT.** This Agreement may be modified by subsequent agreement of the parties only by an instrument in writing signed by both of them or an oral agreement only to the extent that the parties carry it out.
**11. EFFECTIVE DATE.** This Agreement will govern all services performed by Association on behalf of Member commencing with the date Association first performed services. The date at the beginning of this Agreement is for reference only. Even if this Agreement does not take effect, Member will be obligated to pay Association the reasonable value of any services Association may have performed for Member.
**12. REFUNDS.** There will be no refunds issued once work has been started.
The parties have read and understand the foregoing terms and agree to them as of the date the Association first provided services. If more than one member signs below, each agrees to be liable, jointly and severally, for all obligations under this agreement. The member should make a copy of this signed agreement before returning to the Association. This agreement constitutes the entire agreement of the parties undersigned below.

by: _Eileen Raye Lawrence_
Eileen Raye Lawrence          Date _____
elway@hush.com
c/o P.O. Box 5043
on Hemet
on California

Member Signature _____

Print Name: _Jose Victor Hernandez Cuellar_

Address: _1642 Palisades Dr._

_Lewisville, Texas 75067_

Attachment

**Ae**

12/14/2019

Check Details - chase.com



**CHASE**

Printed from Chase Personal Online

-$2,500.00
Total

Dec 3, 2019
Post date

9008
Check #



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.

Equal Opportunity Lender

Attachment
**Ba**

12/14/2019

Check Details - chase.com



Printed from Chase Personal Online

---

## -$2,500.00
Total

**Dec 3, 2019**
Post date

**9008**
Check #

---



---

JPMorgan Chase Bank, N.A. Member FDIC        ©2019 JPMorgan Chase & Co.        Equal Opportunity Lender

Federal Deposit
Insurance Corporation

Attachment

**Bb**

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TEXAS
9

| | |
|---|---|
| 10  Jose Victor Hernandez-Cuellar, Sole Beneficiary of the JOSE VICTOR HERNANDEZ-CUELLAR *Cestui Que Vie* trust, | Non-Statutory Habeas Case No. |
| 11 |  _____ |
| 12                                    Petitioner, | |
|     v. | Original Case No. |
| 13  Richard Wolfe, Acting Warden, or successor | 4:16-CR-00111-ALM-KPJ-1 |
| 14                                    Respondent. | **Civil No. 4:20cv134-ALM-KPJ** Memorandum of Law Original Constitutional Non-Statutory Habeas Corpus |
| 15 | |

16       In Support of Texas Habeas Corpus – <u>Not to be converted into a Statutory Writ</u>
17
18           COMES NOW THE PETITIONER, Jose Victor Hernandez-Cuellar, who is unschooled in law and
     speaks only guttural vernacular, to apply his right to the Writ of Habeas Corpus to inquire as to the Nature
19   and Cause of His detention in Federal Correctional Institution. Respondent has 72 hours to produce the body
     to the court.
20           The Petitioner was brought before a commercial, non-constitutional court which is listed on Dun &
     Bradstreet, having nothing to do with the *de jure* republic of the people. The court has a DUNS number,
21   EIN, CAGE Codes, and is operating in commerce, for profit. The court receives an income stream from
     every conviction, which is a huge conflict of interest. All BAR licensed attorneys have a conflict of interest
22   because their first loyalty is to the court, not the client, thus depriving the defendant of due process by failing
23   to properly challenge the jurisdiction of the court and its unconstitutional operations.

24   1. No meaningful hearing before an Article III Court of Record has occurred prior to incarceration; a court
     of record being defined as a court proceeding according to the course of the common law, which is a
25   constitutionally guaranteed Right.
26   2. In the alternative to common law, no signed contract was entered into the court record, and no argument
     made that such a contract exists or was breached, which is a requirement of an admiralty jurisdiction (which
27   only exists on a federal level).
28   3. As for a so-called "statutory jurisdiction," (not mentioned in any constitution) the code(s), as charged and
     as published, do not contain the constitutionally and lawfully required enactment clause on the face of the

Non-Statutory Habeas – Memorandum of Law – Page 1

                          Attachment
                            **Ca**

code(s), and therefore, are not valid law, which is required to grant the court jurisdiction.

4. No explanation of the Nature and Cause of the Action has been explained to petitioner prior to incarceration.

5. No assistance of independent Counsel (uninfluenced by obligations and first-loyalty to the court) was afforded petitioner.

6. Subject matter Jurisdiction was not established prior to incarceration, and cannot be waived.

7. That Petitioner has been denied all constitutional due process according to the Constitution for the United States of America and the Texas constitution.  He was never charged with a common law crime.  There was no corpus delicti (injured people), he was denied a common law bail, there was no common law search warrant, there was no common law arrest warrant, there was no grand jury indictment, he was denied a common law jury, he was denied a common law court, he was denied his freedom, he was falsely arrested and kidnapped, he was denied his <u>choice</u> of counsel (other than a BAR attorney / Esquire / officer of the court), he was subjected to slavery/forced labor, held for ransom and the court did not and does not use gold, he was denied his rights secured by both constitutions, specifically, the right to free speech as guaranteed by the First Amendment, all of which is waging war against both the U.S.A. and Texas constitutions, which is warring against our republic form of government and warring against "we the people" who created it.  It is also deprivation of rights and conspiracy to deprive rights under color of law, 18 USC 241 and 242.

8. Petitioner demands immediate implementation of this Writ.

9. Any denial of this writ must in writing with full findings of fact and conclusions of law.

DATED this __9th__ day of ___January___, 2019.

Respectfully presented/All rights reserved.

By: ... _Hernandez – Cuellar, Jose Victor_
... Hernandez-Cuellar, Jose Victor, non-negotiable autograph

Certification of Mailing

I certify to be true and correct under penalty of perjury under the laws of the California republic that on this date I placed a copy of this document in the United States mail, proper postage prepaid, directed to Richard Wolfe, Acting Warden, or successor warden, FEDERAL CORRECTIONAL INSTITUTION, P.O. Box 9500, Texarkana, Texas 75505.

_Ellen Raye_ _____, Date: _1/10/20_, _Hemit_, _Calif._

Non-Statutory Habeas – Memorandum of Law – Page 2

Attachment

Cb

USCA53

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JOSE HERNANDEZ-CUELLAR #26608078    §
                                    §
VS.                                 §          CIVIL ACTION NO. 4:20cv134
                                    §       CRIMINAL ACTION NO. 4:16cr111(1)
UNITED STATES OF AMERICA            §

**O R D E R**

*Pro se* Movant Jose Victor Hernandez-Cuellar filed what is construed as a motion to vacate,

set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Supreme Court of the United States

has held that a court must notify a *pro se* litigant that it intends to re-characterize a pleading as a

motion pursuant to 28 U.S.C.  § 2255 with a warning that such re-characterization means any future

§ 2255 motions will be subject to restrictions on "second or successive" § 2255 motions. *Castro v.*

*United States*, 540 U.S. 375, 383 (2003). Accordingly, if Movant does not wish for his documents

to be construed as a § 2255 motion, Movant should notify the Court within thirty days that he would

like the documents withdrawn. At that time, the Court will dismiss the instant action without

prejudice, and the action will not serve as Movant's first § 2255 motion.

If, however, Movant wishes to continue with the motion construed as a § 2255 motion, then

Movant must submit the motion on the standardized § 2255 motion to vacate, set aside, or correct

sentence form that has been adopted by the Court.  The Court is unable to perform initial screening

procedures due to a lack of information.  *See* Rule 4, *Rules Governing Section 2255 Cases for*

*theUnited States District Courts*. Furthermore, Movant is cautioned that if he wishes to proceed with

a § 2255 motion, he should include all claims he wishes to raise as he will not be allowed to file a

Attachment
**Da**

1

second or successive § 2255 motion in the future unless the United States Court of Appeals for the

Fifth Circuit grants him permission to do so.

It is accordingly **ORDERED** the Clerk of the Court send a standard § 2255 form to Movant

along with this Order. It is further **ORDERED** Movant has thirty days from the receipt of this Order

to either (1) notify the Court he does not wish to have his motion construed as a § 2255 motion, or

(2) complete the § 2255 form fully and legibly, and submit it to the Court should he wish to proceed

with a § 2255 motion.   Movant is placed on notice the lawsuit may be dismissed if he fails to timely

comply with this Order.

**So ORDERED and SIGNED this 26th day of February, 2020.**

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE

Attachment
**Db**

2

Eileen Raye / Paralegal Services
_____

non-assumpsit/TDC:
c/o P.O. Box 5043
on Hemet  [near 92544]
on California Republic
non-domestic, ZIP excepted
without the United States
(951) 765-0835

March 16, 2020

Dora Montoya
1642 Palisades Drive
Lewisville, Texas  [75067]

Re:    Jose Victor Hernandez-Cuellar

Dear Dora:

I am in receipt of the court orders Jose sent me.  Please tell him I will do the complaint as soon as I can, but that it is not quite ready yet.  The complaint is something new, and I have a lot of them to do, so don't expect it too soon.  I'll send him a copy when I send it to Congress, and then he will know it has been done.

Sincerely,

*Eileen*

Attachment

**Ea**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JOSE HERNANDEZ-CUELLAR #26608-078 §
                                   §
VS.                                §        CIVIL ACTION NO. 4:20cv134
                                   §        CRIMINAL ACTION NO. 4:16cr111(1)
UNITED STATES OF AMERICA           §

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

*Pro se* Movant Jose Hernandez-Cuellar filed the above-styled and numbered cause. It was referred to the undersigned United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case pursuant to 28 U.S.C. § 636, and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge.

On February 26, 2020, the Court ordered Movant to notify the Court if he wishes to have his motion construed as a § 2255 motion and if so, complete and return a standard § 2255 form within thirty days. As of today's date, the Court has not received a notification or the standard § 2255 form. Movant has failed to prosecute this case. Fed. R. Civ. P. 41(b).

The exercise of the power to dismiss for failure to prosecute is committed to the sound discretion of the Court and appellate review is confined solely in whether the Court's discretion was abused. *Green v. Forney Eng'g Co.*, 589 F.2d 243, 247 (5th Cir. 1979); *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978). Not only may a district court dismiss for want of prosecution upon motion of a defendant, but it may also, *sua sponte*, dismiss an action whenever necessary to achieve the orderly and expeditious disposition of cases. *Anthony v. Marion Cty. Gen. Hosp.*, 617 F.2d 1164, 1167 (5th Cir. 1980). The present case should be dismissed.

1
Attachment
**Fa**

## RECOMMENDATION

It is therefore recommended that the petition be dismissed without prejudice. Fed. R. Civ. P. 41(b). Within fourteen days after service of the magistrate judge's report, any party must serve and file specific written objections to the findings and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)( C). To be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific.

Failure to file specific, written objections will bar the party from appealing the unobjected-to factual findings and legal conclusions of the magistrate judge that are accepted by the district court, except upon grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superceded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

So **ORDERED** and **SIGNED** this 11th day of June, 2020.

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE

Attachment
**Fb**

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JOSE HERNANDEZ-CUELLAR #26608-078 §
§
VS. § CIVIL ACTION NO. 4:20cv134
§ CRIMINAL ACTION NO. 4:16cr111(1)
UNITED STATES OF AMERICA §

### ORDER OF DISMISSAL

This civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson.

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact

and recommendations for the disposition of such action, has been presented for consideration.  No

objections were timely filed.  The Court concludes that the findings and conclusions of the

Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** the motion to vacate, set aside, or correct sentence is

**DISMISSED** without prejudice. It is further **ORDERED** all motions by either party not previously

ruled on are hereby **DENIED**.

**SIGNED this 20th day of July, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

Attachment
**Ga**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JOSE HERNANDEZ-CUELLAR #26608-078 §
§
VS. § CIVIL ACTION NO. 4:20cv134
§ CRIMINAL ACTION NO. 4:16cr111(1)
UNITED STATES OF AMERICA §

**FINAL JUDGMENT**

Having considered the motion to vacate, set aside, or correct sentence, and rendered its

decision by Order issued this date, the Court **ORDERS** that the case is **DISMISSED** without

prejudice.

**SIGNED this 20th day of July, 2020.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

Attachment

**Gb**

Eileen Raye ~ Paralegal Services

non-assumpsit TDC
c/o P.O. Box 5043
on Hemet [near 92544]
on California Republic
non-domestic, ZIP excepted
without the United States
(951) 765-0833

August 10, 2020

Jose Victor Hernandez-Cuellar
c/o Dora Montoya
c/o 1642 Palisades Drive
Lewisville, Texas [75067]
non-domestic, ZIP excepted, without the United States
[zip code exempt DDM 602 1.3 e.(2)]

Dear Jose:

Thank you for your letter. I see the court has denied the habeas, calling it a motion to vacate. which is about the same thing. There is no point in doing a complaint to the provost marshal because he has not done his job in regard to any complaint in the past. I have done some complaints to congress a few months ago, but they are so busy trying to get rid of Trump, they are not doing their jobs, either. I don't know what to do at this point, because there seems to be no remedy.

Trump has ordered that the courts go back to common law, and that is your remedy, but they have not done so yet. Congress will have to reassign them as Article III courts of common law, and congress, again, is too busy defying Trump to do their job. As they stand, the USDC cannot rule according to the common law because they do not have the judicial authority to do so. Until the NESARA law is fully implemented, I don't know where we stand. We will have to wait until congress complies with NESARA, taking us back to the original constitution and common law.

You have something like a 20 year sentence, so I don't think they will be deporting until your sentence has been served, and surely before that we will be back to common law, however, I cannot assist with an actual detainer. We will have to overturn the conviction.

As for your questions, I don't get involved in lawsuits or torts. Those are too complicated and time consuming. That is something for an attorney to do, but I do not know anyone. Under NESARA law, attorneys will be re-educated in common law, and so will judges. That should help.

You could become secured parties, but it won't do you any good in relation to your conviction or immigration. It won't stop anything. You cannot become a Private American National because you were not born here, and as far as I know, not naturalized, so that option is out.

I will keep your file open, and if there is anything we can do in the future, I'll contact you about it. Until then, there is nothing else to be done right now. The country is in a transition right now, and things will be a lot better in the future -- if the rioting communists don't take over. I don't think that will happen, but keep praying. Thank you for the photo.

Sincerely,

Eileen

Attachment

Ha

4/18

# V I K T O R

## HANDYMAN SERVICES

LEWISVILLE - THE COLONY - LAKE DALLAS - FRISCO

Tell me a little about the problem:
VIKTORHANDYMAN@HOTMAIL.COM

# 469.464.6723

## I FIX OR CHANGE

LIGHT SWITCHES
CEILING FANS
NEW OUTLETS
NEW LIGHT FIXTURES
GARBAGE DISPOSAL
SMALL PAINT JOBS
DRAIN CLEANING ON
TUBS AND SINKS
CABINETS AND FURNITURE KNOBS

SHEET ROCK HOLES & CRACKS
TEXTURE REMOVAL
TEXTURE MATCH
RUNNING TOILETS
ALL ASSEMBLED
FROM IKEA, LOWES,
OR HOME DEPOT FURNITURE

# 469.464.6723

Attachment
Ia



Thumbtack ·        Requests        Quotes        Pro Center                                          JOSE VICTOR ▾

‹ Settings                                    Account



ACCOUNT

👤  JOSE VICTOR HERNANDEZ    edit

✉  VIKTORHANDYMAN@HOTMAIL.COM    edit

🔒  Password    edit

📞  (469) 464-6723    edit


PAYMENT METHODS

➕  Add a credit card

🔁  Auto-Reload    Off                                                                    edit


SERVICE PROFILES

📌  Viktor Handyman Service    edit    delete

➕  Add another service profile


✖  Deactivate account


| COMPANY | CUSTOMERS | PROS | QUESTIONS? NEED HELP? |
|---|---|---|---|
| About | How it works | How it works | Help Center |
| Jobs | Safety | Sign up | |
| Team | iPhone app | Pro center | |
| Blog | Services Near Me | Success stories | |
| | Cost Estimates | Mobile app | |
| | Service Guides | | |

f  g+  🐦  📶  p  |

© Thumbtack, Inc.
Privacy policy | Terms of use


Attachment

Ib



ABOUT

**How does your service stand out?**

The daily goal is the satisfaction of our customers. That's why we work so honest, clean and reasonably priced.high quality residential

**What do you enjoy about the work you do?**

Each work represents different situations. When I work, I exceed the expectations of customers.

viktorhandyman.weebly.com
website

BUSINESS INFO

**Viktor Handyman Service**

- 2 years in business
- 2 employees
- Travels up to 10 miles

Plano

Google

CREDENTIALS

hired 30 times

Gold profile

QUESTIONS & ANSWERS

**What is your typical process for working with a new customer?**

*they contact me by email ,text or call, they tell me a little about the problem and I assigned a day and the hour to make a visit*

**Do you have a standard pricing system for your service? If so, please share the details here.**

*yes my price is $55 dollars by hour extra $15.00 per hr only if the situation requires a helper*

**How did you get started doing this type of work?**

*I started in this business nine years ago, remodeling bathrooms, floors, backsplas,Kitchens*

**Describe a recent project you are fond of. How long did it take?**

**What advice would you give a customer looking to hire a provider in your area of work?**
Read More

*in case you need a handyman*

**What types of customers have you worked with?**

*all kinds, complicated personalities and normal*

REVIEWS

Manage reviews

Plumbing  Verified Review

Installed some valves and fixtures in a bathroom remodel. Arrived on-time, got the work done, kept me informed and cleaned up after. Went well.

Mike K. on **August 15, 2016**

Plumbing  Verified Review

Replaced shut off valve. Reconnected faucets,garbage disposal and dishwasher.

Mary H. on **June 1, 2016**

Handyman  Verified Review

I am very happy with the service I received from Jose Victor Hernandez. He was on time, polite, professional and did all that I requested in a timely fashion. I have already referred him to my mom and a co-worker.

Carmen H. on **May 23, 2016**

Handyman  Verified Review

Will hire again for sure

Sri P. on **May 22, 2016**

Lighting Installation  Verified Review

Akin D. on **April 18, 2016**

Attachment

Ic

# VIKTOR

## HANDYMAN   SERVICES

Name: _Craig  Moskalik_

Address: _906  fairfied Lane  flower Mound, tx._

Telephone: _214 - 317 - 9956_

Date: _Enew/2016_
_01_

**Job Description:** _Set tile on Batroon , fix tile on wall_
_of the Shower , fix and set tile on entry way_

Materials:   included

Labor:   650

Total:   650



$650 ⁰⁰

## THANK   YOU  FOR  YOUR  BUSINESS !
### 469-464-6723

Attachment

Ja

JOSE - Thanks!

Jerry

# VIKTOR

### HANDYMAN SERVICES

Name: Tammy Buck                    Date: 2/18/16
Address: 2712 Quail Cove Dr Highland Village
Telephone: 214 693 0071

Job Description: Fix hose spigot

Materials: 64
Labor: 103
Total: 127

$127

THANK YOU FOR YOUR BUSINESS

Attachment
Jb

Jb

# VIKTOR

## HANDYMAN SERVICES

Name: _Sauda Khan_                          date: _3/20/16_

Address: _1800 Canoe Way Carrollton, tx. 75010_

Telephone: _972-655-8815_

Job Description: _2 Assembling, oulet instal and fix, hide wires_

_Change Air filter, install cabinete on bat._

Materials: _____

Labor: _4 14_

Total: _4 14_



THANK YOU FOR YOUR BUSINESS !

469 - 464 - 6723

Attachment

Jc

# V I K T O R
## H A N D Y M A N   S E R V I C E S

Name: John Wu

date: 4/17/16

Address: 5720 Green Hollow Ln. The Colony, tx

Telephone: 469 - 450 - 4064

**Job Description:**

two ceiling fan install

**Materials:**

Labor: 188

Total: 188

$188⁰⁰

# T H A N K   Y O U   F O R   Y O U R   B U S I N E S S !

## 4 6 9 - 4 6 4 - 6 7 2 3

Attachment

Jd

# V I K T O R

## H A N D Y M A N   S E R V I C E S

Name: _Mike  Kwiatkowski_          date: _8/13/16_

Address: _2322  Pistachio Dr.  Irving tx. 75063_

Telephone: _214 - 883 - 1075_

Job Description:

_Installation  of  4 valves  and  replace  2_

_Installation  of  Drain  and  Faucet  on  tub  and  remove_

_the  old_

Materials:   _60_

Labor:   _250_

Total:   _310_



_$ 310 ⁰⁰_

T H A N K   Y O U   F O R     Y O U R   B U S I N E S S   !

4 6 9 - 4 6 4 - 6 7 2 3

Attachment

Je



Dora Montoya
1642 Palisades Dr.
Lewisville, TX 75067

RETURN RECEIPT
REQUESTED

Honorable Clerk of the Court
George E. Brown Jr. Courthouse
3470 twelfth Street, 1st Floor
Riverside, CA 92501-3801

7020 2450 0000 4633 3030



CERTIFIED MAIL

IF AT TOP OF ENVELOPE, FOLD AT RIGHT
THEN ADDRESS, FOLD AT DOTTED LINE

UNITED STATES
POSTAL SERVICE®



1000



92501



R2306M14607 9-5

$9.36



U.S. POSTAGE PAID
FCM LG ENV
LEWISVILLE, TX
75067
JAN 28, '22
AMOUNT

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 3 1 2022

CENTRAL DISTRICT OF CALIF.
EASTERN DIVISION     BY DEPUTY